68 So.2d 58

### Harry C. SPAIN   v.   STATE.

### 8 Div. 733.

Supreme Court of Alabama.
Nov. 5, 1953.

Smith, Johnston & Butler, Huntsville, for petitioner.

Si Garrett, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Harry C. Spain for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in the case of Spain v. State, 68 So. 2d 53.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.